13-14012 (JPN:aff)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION, AT DAYTON

| | | |
|---|---|---|
| UNITED NATIONAL INSURANCE COMPANY, | : | CASE NO. 3:13-cv-00377 |
| | : | Judge Walter H. Rice |
| Plaintiff, | : | Magistrate Sharon L. Ovington |
| v. | : | |
| C.P., INC., et al., | : | **ORDER GRANTING** |
| | : | **MOTION TO CONTINUE STAY** |
| Defendants. | | |

It is hereby ordered that the above-captioned cause be stayed for a period of one year, from March 12, 2018 to March 12, 2019; that the parties will file a status report with the Court on or before March 12, 2019; and that the above-captioned cause be administratively processed.

March 2, 2018

Walter H. Rice, Judge
United States District Court