13-14012 (JPN/ZPK:)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, AT DAYTON

| | | |
|---|---|---|
| UNITED NATIONAL INSURANCE COMPANY, | : | CASE NO. 3:13-cv-00377 |
| | : | Judge Walter H. Rice |
| Plaintiff, | : | Magistrate Sharon L. Ovington |
| v. | : | |
| C.P., INC., et al., | : | **ORDER GRANTING MOTION TO CONTINUE STAY** |
| Defendants. | : | |

It is hereby ordered that the above-captioned cause be stayed for a period of one year, from March 12, 2020 to March 12, 2021; that the parties will file a status report with the Court on or before March 12, 2021; and that the above-captioned cause be administratively processed.

May 8, 2020

_____
Walter H. Rice, Judge
United States District Court